# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 26-mj-2110 |
| Michael Jay Woodard | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 23, 2026 _____ in the county of _____ Davidson _____ in the
_____ Middle _____ District of _____ Tennessee _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with the Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Fentanyl |

This criminal complaint is based on these facts:

See Attached Three-Page Statement

☑ Continued on the attached sheet.

/s/ Jose Garza (signed electronically)
*Complainant's signature*

Jose Garza, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  April 23, 2026

*Judge's signature*

City and state:  Nashville, Tennessee

Jeffery S. Frensley, U.S. Magistrate Judge
*Printed name and title*

**STATEMENT IN SUPPORT OF**
**AN APPLICATION FOR CRIMINAL COMPLAINT**

I, Jose Garza, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I have been a Trooper with the Tennessee Highway Patrol (THP) since January 2022 and was assigned with the Drug Enforcement Administration ("DEA") as a Task Force Officer (TFO) in March 2025.  I am currently assigned to the Nashville District Office, Task Force Group Three.

2.      I have previously served as a trooper with the Tennessee Highway Patrol for approximately four years. In or around March 2025, I became a DEA TFO. During my tenure in law enforcement, I have conducted narcotics and drug-related investigations involving violations of international, federal, and state narcotics laws.  Currently, I am responsible for investigating crimes that involve the unlawful importation and exportation of illegal narcotics, the possession with the intent to distribute controlled substances, the distribution of controlled substances, the use of communication facilities to further these offenses, and the related crime of laundering monetary instruments, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), 846, and 952, and Title 18, United States Code, Sections 1956 and 1957.

3.      Throughout these investigations, I have used or participated in a variety of investigative techniques and resources in several investigations, including conducting physical and electronic surveillance, monitoring court-authorized wiretaps, managing the use of confidential sources ("CS") and informants, and securing other relevant information using other investigative techniques.  Based on these investigations, my training and experience, and conversations with other Special Agents, as well as other law enforcement personnel (hereinafter collectively referred to as "Agents"), I have become familiar with methods used by controlled substances traffickers to

safeguard their controlled substances, to distribute controlled substances, and to collect and launder related controlled substances proceeds.

4.      The facts in this statement come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Unless otherwise indicated, all statements related herein are related in substance and in part, and are not verbatim.  This statement is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  Since this statement is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that issuance of the requested arrest warrant is proper.

**<u>PROBABLE CAUSE</u>**

5.      Beginning in September 2025, Agents started an investigation into Michael Jay WOODARD for unlawfully distributing controlled substances. Over the course of the investigation, Agents learned where he resided based on collected utility records and other sources, and that he was involved in the distribution of controlled substances.

6.      On April 22, 2026, Agents conducted a trash pull from the trash can outside of WOODARD's residence on Thunderbird Drive in Nashville, Tennessee. Agents collected approximately 13  plastic bags with a purple substance residue as well as one blender with purple substance residue, approximately six plastic bags with white powder residue, two blue gloves, and one skittles ice THC bag. Agents conducted a Mobiledetect presumptive narcotics analysis test, the purple substance referenced above tested positive for Opiates/fentanyl and the white substance referenced above tested positive for cocaine.

7.      On April 23, 2026, Agents executed a state court-authorized search warrant WOODARD's residence on Thunderbird Drive. WOODARD was the residence's sole occupant at the time of the search. During the execution of the warrant, Agents collected approximately 6,460.1 grams of white and purple substances. These substances and other drug-related evidence were collected in the kitchen, living room, master bedroom, and guest bedroom. Furthermore, agents located a blue and white striped bag with purple substance residue, and a metal narcotics press with purple substance residue located in a camouflaged bag. Agents conducted a Mobiledetect presumptive narcotics analysis test on the white and purple substances. Both the white and the purple substances tested positive for opiates/fentanyl. Fentanyl is a Schedule II controlled substance under federal law.

## **CONCLUSION**

8.      Based on the foregoing, there is probable cause to believe that Michael Jay WOODARD possessed with intent to distribute fentanyl, in violation of Title 21, United States Code Section 841(a)(1); and I respectfully request that a warrant be issued for his arrest.